UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :

: ORDER
-v.-
: 19 Cr. 116 (KMW) (GWG)

ANTONIO BURGOS, :

Defendant. :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Upon the application of United States Pretrial Services Officer Assistant Courtney M. DeFeo, a bail review hearing is scheduled for Friday, January 10, 2020, at 9:45 a.m., in Courtroom 6-B, 500 Pearl Street, New York, New York. Defense counsel shall inform defendant of his obligation to appear.

SO ORDERED.

Dated: December 20, 2019
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge