

RECEIVED JAN 1 3 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/20

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

January 10, 2020

**Via ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Gregory Morvillo

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

**MEMO ENDORSED**

Re: *United States v. Velazquez, et al.* (Antonio Burgos), 19 Cr. 116

Dear Judge Wood:

The undersigned represents Antonio Burgos in the above captioned matter. I am writing to request that the Court assign Mr. Burgos new counsel and permit this firm to withdraw from the matter.

As the Court may know, Mr. Burgos was scheduled to appear for a bail hearing on January 10, 2020, before Judge Gorenstein. Mr. Burgos understood both the timing and the importance of the hearing. Yet, he did not attend as ordered.

It appears that communications have broken down between this firm and Mr. Burgos. We have made every effort to provide him with appropriate and sound legal advice, and to remind him of his obligations under his bail package. However, Mr. Burgos seems to be unable or unwilling to listen to the advice and instructions of counsel. Regretfully, I have come to believe that Mr. Burgos might be better served by a different attorney; one to whom he is more likely to respond.

For the aforementioned reasons, the undersigned respectfully requests that the Court permit this firm to withdraw as Mr. Burgos' counsel. We are available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

/s/

Gregory Morvillo

cc: AUSA Michael Krouse
    AUSA Adam Hobson

*The Court will address this at the conference scheduled for January 23, 2020, at 3:30 p.m.*

SO ORDERED: N.Y., N.Y.  1/14/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.