USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :   ORDER
                              :
        - v. -                :   19 Cr. 116 (KMW)
                              :
Antonio Burgos,               :
                              :
             Defendant.       :
                              :
------------------------------X
```

WHEREAS, with the consent of the defendant, ANTONIO BURGOS, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on February 12, 2020; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York

2-20-20

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK