**MORVILLO** PLLC

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/20
```

April 23, 2020

*Via* ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York  10007

    Re:    *United States v. Velazquez, et al.* (Antonio Burgos), 19 Cr. 116

Dear Judge Wood:

    The undersigned represents Antonio Burgos in the above-captioned matter and write with regards to Mr. Burgos's sentencing hearing.  On April 14, 2020, due to counsel's inability to speak to Mr. Burgos (currently held at the MCC) about his upcoming sentencing hearing, we respectfully requested a one-week extension for his sentencing submission. Your Honor granted that request on April 23, 2020.

    We were able to speak to Mr. Burgos on April 21, 2020 for approximately thirty-minutes. Immediately following that call, we again contacted the Federal Defenders, pursuant to the latest protocol, to request additional legal calls with our client. As of the date of this letter, a second call has not been scheduled.

    Due to our very limited access to Mr. Burgos, we still have been unable to adequately prepare for our client's upcoming sentencing submission. Additionally, in our communications with the Federal Defenders, we were informed that we may not be able to schedule calls with Mr. Burgos on a regular basis due the process implemented at the MCC and the high-volume of legal calls being requested. Finally, we have not yet received the draft Presentence Report from Probation.

    Due to these circumstances, and with Mr. Burgos' consent we now respectfully request an adjournment of Mr. Burgos' sentencing hearing until the week of June 8, 2020, or to a date

and time convenient to the Court. We have discussed our request with the government, and the government has no objections.

We are, of course, available at the Court's convenience should Your Honor require further information on this matter.

Respectfully submitted,

/s/

Gregory Morvillo

cc: AUSA Michael Krouse
AUSA Adam Hobson
U.S. Probation Officer Jill Jefferies

> Sentencing is adjourned to June 18, 2020, at 11:00 a.m. Defendant's Submission is due by June 4, 2020. Government Submission is due by June 11, 2020.
>
> Kimba M. Wood  4/27/20
> SO ORDERED