```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ANTONIO BURGOS,

                         Defendant.

--------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, June 18, 2020, is adjourned to July 16, 2020, at 11:00 a.m. Defendant's sentencing submission is due by July 2, 2020. The Government's submission is due by July 9, 2020.

      SO ORDERED.

Dated: New York, New York
       June 1, 2020

                                                               _____/s/ Kimba M. Wood /_____
                                                                 KIMBA M. WOOD
                                                           United States District Judge