```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/30/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ANTONIO BURGOS,

        Defendants.
----------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, July 16, 2020, is adjourned to September 21, 2020, at 11:00 a.m. Defendant's sentencing submission is due by September 8, 2020. The Government's submission is due by September 14, 2020.

    SO ORDERED.

Dated: New York, New York
      June 30, 2020

                                                /s/ Kimba M. Wood /
                                               KIMBA M. WOOD
                                       United States District Judge