July 9, 2020

*Via* ECF

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 7/31/20         │
└─────────────────────────────┘
```

**orrick**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Rachelle M Navarro

E  rnavarro@orrick.com
D  +1 212 506 5348
F  +1 212 506 5151

Re:  *United States v. Velazquez, et al.* (Antonio Burgos), 19 Cr. 116

Dear Judge Wood:

    We represent Antonio Burgos in the above-captioned matter and write with regard to Mr. Burgos's upcoming sentencing. Mr. Burgos was originally scheduled to be sentenced on May 12, 2020. Due to the ongoing COVID-19 pandemic, that date has been twice postponed and was most recently scheduled for July 16, 2020. Mr. Burgos's sentencing is now currently scheduled for September 21, 2020. Mr. Burgos respectfully requests that his sentencing go forward on July 16, 2020 (as originally scheduled) via videoconference.[1] This request is prompted by Mr. Burgos's ongoing concerns about being housed in the MCC for a prolonged period of time during the COVID-19 pandemic and, as will be requested in his forthcoming sentencing submission, Mr. Burgos's desire to address his drug addiction and begin a regimented rehabilitation supervised by professionals. Mr. Burgos consents to proceeding in this manner. The government consents as well.

    We understand that arranging such a sentencing via videoconference may take time. As such, if it is not possible to proceed on July 16, 2020 as originally scheduled, Mr. Burgos respectfully requests that a new sentencing date be scheduled as soon as possible. Counsel is <u>not</u> available July 27–29, 2020 or August 10–14, 2020. We understand that the government is generally available.

    Thank you for your consideration. We are, of course, available at the Court's convenience should Your Honor require further information on this matter.

---

[1] As the Court is aware, the CARES Act permits a district court judge to proceed with sentencing via videoconference if the court "finds for specific reasons that the . . . sentencing in that case cannot be further delayed without serious harm to the interest of justice." CARES Act, § 15002(b)(2).

*[Handwritten endorsement:]* 7/31/20 The Court will hold a remote sentencing via video conference on August 7, 2020 at 11:00 am. Further information will follow in a formal order. Defendant shall file his sentencing submission by Monday, August 3, 2020. The Government shall file its submission by Tuesday, August 4, 2020.

SO ORDERED, N.Y., N.Y.

/s/ Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**



        Respectfully submitted,

            /s/

Rachelle Navarro
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000

Gregory Morvillo
Morvillo PLLC
90 Broad Street
New York, New York 10008
(646) 831-1531

cc:    AUSA Michael Krouse  (*via* email)
        AUSA Adam Hobson  (*via* email)