UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ANTONIO BURGOS,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/20

KIMBA M. WOOD, District Judge:

    The sentencing currently scheduled for Friday, August 7, 2020, is adjourned *sine die*.

    The Court will notify the parties, by Order, of the new date for sentencing.

    SO ORDERED.

Dated: New York, New York
       August 6, 2020

                                                                 *Kimba M. Wood*
                                                             KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE