```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   1: 19 CR 116-08 (KMW)
     -against-                          :
                                        :   ORDER
Antonio Burgos                          :
                                        :
          Defendant                     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/21

HONORABLE KIMBA M. WOOD, Senior United States District Judge:

The United States Marshal Service is directed to release defendant Antonio Burgos, USMS # 86792-054 into the custody of United States Probation on April 6, 2021 at 10:00 am so that the defendant will then be transferred to an inpatient drug treatment program.

Dated: April 5, 2021
New York, New York

SO ORDERED:

*/s/ Kimba M. Wood*
Kimba M. Wood
Senior U.S. District Judge